UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEJAN NIKOLIC,<br>*Petitioner,*<br><br>v.<br><br>THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, and CARL E. DUBOIS, in his official capacity as Sheriff of Orange County New York,<br>*Respondents.* | No. 20-cv-2500 (LGS)<br><br>ORDER |

Upon consideration of the Petitioner's application for a Temporary Restraining Order, the papers submitted by the parties, and the oral argument heard on April 3, 2020, **IT IS HEREBY ORDERED** that:

1. Respondents shall release the Petitioner from the Orange County Correctional Facility by April 3, 2020;

2. Petitioner shall comply with the New York Executive Order 202.6 ("EO 202.6"), as long as it is in effect, in that he must remain in his home with lawful allowances for activities such as obtaining food and other necessities, obtaining medical and mental health treatment, and working;

3. Independent of EO 202.6, Petitioner shall be subject to home confinement and may leave his home for activities such as obtaining food and other necessities, obtaining medical and mental health treatment, and, to the extent Petitioner has been granted authorization to lawfully work in the United States, employment;

4. Petitioner shall be released on an ankle monitor provided by Respondents;

5. Petitioner shall comply with weekly telephonic check-ins with Respondents;

6. Sixty days after entry of this order, Petitioner may request that the Court reassess whether to maintain the condition of home confinement;

7. Counsel for both parties will meet and confer in three weeks as to the status of this Petition and update the Court in a joint status letter by **April 27, 2020**, and every 45 days thereafter; and

8. Petitioner waived his appearance at the April 3, 2020, conference and the parties consented to conducting the April 3, 2020, conference via telephone.

New York, New York

Dated: April 3, 2020

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE