UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEJAN NIKOLIC,

        Petitioner,

   -against-        20 Civ. 2500 (LGS)

DIRECTOR THOMAS DECKER,
*Director of the New York Field*     **ORDER**
*Office of U.S. Immigration &*
*Customs Enforcement*,

ACTING SECRETARY CHAD WOLF,
*in his official capacity as Acting*
*Secretary, U.S. Department of*
*Homeland Security*,

SHERIFF CARL E. DUBOIS,
*in his official capacity as Sheriff of Orange*
*County, New York*,

        Respondents.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, for the reasons stated on the record at the April 3, 2020, conference, the Court granted Petitioner's motion for a temporary restraining order and released Petitioner, in accordance with the conditions stated in the April 3, 2020, Order (Dkt. No. 19). It is hereby

  **ORDERED** that the parties shall file a joint letter by **April 13, 2020**, proposing next steps regarding any remaining claims in the case, or stating that the case can be closed.

Dated: April 8, 2020
  New York, New York

               _____
               **LORNA G. SCHOFIELD**
               **UNITED STATES DISTRICT JUDGE**